JOHN H. HOLLIS and J. LLOYD ABBOT, *Respondents, v.* EDWIN D. CHADICK, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

JAMES A. DUSTIN, *Respondent, v.* JOHN F. WALLACE and JOSEPH O. NAY, *as Executor, etc., Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

JAMES F. WOODHOUSE, *as Administrator, etc., Respondent, v.* CLAIBORNE O. WOODHOUSE, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.

ISAAC LEVY, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendant in Error.* — Conviction affirmed. Opinion by DAVIS, P. J.

ANDREW ALBRIGHT, *Appellant, v.* LUTHER C. VOORHIES, *Respondent.* — Order affirmed, with costs. Opinion by BRADY, J.

ELMORE A. KENT, *Respondent, v.* SARAH H. POPHAM, *Executrix, etc., Appellant, Impleaded, etc.* — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

EMMA J. DARGIN, *Respondent, v.* GEORGE W. DECKER and others, *Appellants, Impleaded with* PALMER B. WELLS, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

ALEXANDER RICH, *Respondent, v.* SIMON SALOMAN and EMANUEL SALOMAN, *Appellants.* — Judgment affirmed. Opinion by DANIELS, J.

RICHARD HEATHER, *Appellant, v.* JAMES NEILL, *Survivor, etc., Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

JAMES C. JEWETT and others, *Appellants, v.* WILLIAM C. PICKERSGILL, *Respondent.* — Order affirmed. Opinion by BRADY, J., and by DAVIS, P. J., dissenting.

BOLTON HALL and others, *Respondents, v.* THE UNITED STATES REFLECTOR COMPANY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

LAZARUS S. MURAD, *Appellant, v.* THE NATIONAL STOVE WORKS and ELLIS R. THOMAS, *Respondents.* — Order modified as directed in opinion, without costs to either party. Opinion by BRADY, J.

IN THE MATTER OF THOMAS STEPHENS, *Respondent, v.* GEORGE CAULFIELD and HENRY MARSHALL, *Appellants.* — Order reversed and order entered as directed in opinion of DAVIS, P. J., on payment of ten dollars costs of opposing motion, and without costs of the appeal to this court to either party. Opinion by DAVIS, P. J., and BRADY, J., and by DANIELS, J., dissenting.

JAMES TALCOTT, *Respondent, v.* JACOB HARRIS and ABRAHAM BERGER, *Appellants.* — Judgment affirmed, with costs. Opinion by BRADY, J.